# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Sealed

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) ) ) | CASE NUMBER: CR 14-3549-AOR |
| -vs-<br>Alvin Jason Givens<br>Defendant | ) ) ) ) | REPORT COMMENCING CRIMINAL ACTION |

*********************************************************************

TO: CLERK'S OFFICE  ~~MIAMI~~  ~~FT. LAUDERDALE~~  ~~W. PALM BEACH~~
U.S. DISTRICT COURT           (circle one) Eastern District of Kentucky

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/19/2014   6:15   (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Title 21 USC 846 conspiracy to distribute Heroin

(4) UNITED STATES CITIZEN:  (✓)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: 6/19/1982

(6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
[X] INDICTMENT   [ ] COMPLAINT   CASE # 5:14-CR-74-001
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: Eastern District of Kentucky
COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [X]YES  [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____   (9) ARRESTING OFFICER: Greenaway, Tom

(10) AGENCY: FBI   (11) PHONE # (305) 968-9165

(12) COMMENTS _____